B7 (Official Form 7) (12/07)

**United States Bankruptcy Court**
**District of Massachusetts**

IN RE:                                                                                          Case No. _____

<u>Decision Biomarkers Incorporated</u>                                                          Chapter <u>7</u>
                              Debtor(s)

## STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

**1. Income from employment or operation of business**

None ☐ State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

    AMOUNT    SOURCE
    0.00    **2008 - $339,162 - per federal income tax return for 2008 inclduing royalty income of $61,828.25**
           **2009 - $$311,423.95 not including royalty income of $41,346.25**
           **2010- $0.00**

---

**2. Income other than from employment or operation of business**

None ☑ State the amount of income received by the debtor other than from employment, trade, profession, operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

**3. Payments to creditors**
*Complete a. or b., as appropriate, and c.*

None ☑ *a. Individual or joint debtor(s) with primarily consumer debts:* List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None ☐ **b. Debtor whose debts are not primarily consumer debts:** List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,475. If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF PAYMENTS/TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| See Attached Schedule | | 0.00 | 0.00 |

None ☐ **c. All debtors:** List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| Rock Maple Ventures<br>711 5th Ave 5th Fl<br>New York, NY 10022-3111<br>shareholder | March 25, 2009 | 161,720.15 | 34.60 |

On 8/30/06 Rock Maple provided a bridge loan to DBI for $1,000,000 and DBI executed a promissory note in the amout of $1,000,000.00 with interest equal to the interest earned on the Smith Barney account in which the funds were deposited. The funds were to be held in the Smith Barney account for use by Rock Maple to participate in DBI's future equity rounds and could only be used upon joint signature of an authorized party of both DBI and Rock Maple.

On November 7, 2007 $902,370.00 of the $1,000,000 was converted to equity as part of DBI's series B equity round and the remaining balance due under the promissory note, $97,630 ($1,000,000.00 - $902,370.00) plus all interest earned on the Smith Barney account from 8/30/06 forward (an additional ~$64K)) was paid to Rock Maple on 3/25/2009 and 11/17/09, thereby satisfying DBI's outstanding principal balance + accrued interest on the 8/30/06 bridge loan. The Debtor's understanding is that the funds were requried to be returned at this time because the SBA directed Rock Maple to obtian all uninvested funds and return them to the SBA.

The Debtor's understanding is that Rock Maple was an SBA funded venture firm that is no longer in active operations.

| Rock Maple Ventures<br>711 5th Ave 5th Fl<br>New York, NY 10022-3111<br>shareholder | 11/17/09 | 36.40 | 0.00 |

**4. Suits and administrative proceedings, executions, garnishments and attachments**

None ☐ a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| King Waltham, LLV vs. Decision BioMarkers, Inc, 0951 SU 89 | summary process action for eviction and damages | Waltham District Court | Settled on July 15, 2009, prior to which the court entered judgment for possession in favor of Debtor's landlord and issues a judgment for damages totaling $110,087.41. |

None ☑ b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**5. Repossessions, foreclosures and returns**

None ☑ List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

### 6. Assignments and receiverships

<sup>None</sup> ☑ a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and joint petition is not filed.)

<sup>None</sup> ☑ b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

### 7. Gifts

<sup>None</sup> ☑ List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

### 8. Losses

<sup>None</sup> ☑ List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case**. (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

### 9. Payments related to debt counseling or bankruptcy

<sup>None</sup> ☐ List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under bankruptcy law or preparation of a petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| Donald R. Lassman<br>PO Box 920385<br>Needham, MA 02492-0005 | 12/21/09 | 10,000.00 |

### 10. Other transfers

<sup>None</sup> ☐ a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|
| King Waltham LLC<br>C/O King Street Properties LLC<br>255 Bear Hill Rd<br>Waltham, MA 02451-1017<br>none | 7/15/09 | Bond in the amount of $110,087.41 posted as security for appeal of adverse judgment entered against Debtor in dispute with landlord transferred to landlord as part of agreement for termination of lease as of February 2010 and Debtor also pepaid 6 months of rent at the rate of $19,000.00 per mont totaling $133,000.00.<br>Landlord also applied security deposit of $25,500.00 on 2/11/2009 when lease went into default. |

<sup>None</sup> ☑ b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

**11. Closed financial accounts**

<sup>None</sup> ☐ List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE AND NUMBER OF ACCOUNT AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|
| Smith Barney<br>28 State St<br>Boston, MA 02109-1775 | Money Market<br>Account/382-75898-17 | $36.40/November 17, 2009 - funds transferred to Rock Maple Ventures in payment of outstanding promissory note signed by company on August 30, 2006 |

**12. Safe deposit boxes**

<sup>None</sup> ☑ List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**13. Setoffs**

<sup>None</sup> ☑ List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**14. Property held for another person**

<sup>None</sup> ☑ List all property owned by another person that the debtor holds or controls.

**15. Prior address of debtor**

<sup>None</sup> ☑ If debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

**16. Spouses and Former Spouses**

<sup>None</sup> ☑ If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

**17. Environmental Information**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law.

<sup>None</sup> ☑ a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law.

<sup>None</sup> ☑ b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

<sup>None</sup> ☑ c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

**18. Nature, location and name of business**

☑ None a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

☑ None b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within six years immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement only if the debtor is or has been in business, as defined above, within the six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

**19. Books, records and financial statements**

☐ None a. List all bookkeepers and accountants who within the **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| Charles Popkin<br>Longwood Associates<br>10 Kearney Rd Ste 305<br>Needham, MA 02494-2544 | July 2005 to date |
| Ronna Savran<br>16 Dotty Ann Dr<br>Framingham, MA 01701-7600 | July 2005 to date |

☑ None b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

☐ None c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

NAME AND ADDRESS
**See Comments Below**

**All books and records of the Company are on premises at 150 Bear Hill Road, or on the companies computer network drive, with the exception of the following:**

**- Employee HR files are in Roger Dowd's possession (CEO)
Roger may be reached at:
rogerdowd@comcast.net**

**- The computer used for processing accounting transactions (loaded with Quickbooks program) is in Ronni Savran's possession (Office Manager/Accounting Manager).
Note that the Quickbooks data file is still resident on the company's network drive. Ronni has a back up copy of the data file.
Ronni may be reached at:
rrsavran@juno.com**

**- A back up copy of all electronic files in the company's CFO directory is in Charlie Popkin's possession (Part-time CFO). Original copies of all these files are all still resident on the company's network drive.
Charlie may be reached at:**

Longwood Associates
10 Kearney Road, Suite 305
Needham, MA 02494
cpopkin@lwama.com

---

None ☐ d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom a financial statement was issued within the **two years** immediately preceding the commencement of the case by the debtor.

| NAME AND ADDRESS | DATE ISSUED |
|---|---|
| Silicon Valley Bank<br>2221 Washington Street<br>1 Newton Executive Park Ofc PARK<br>Newton Lower Falls, MA  02462-1493 | monthly basis |

### 20. Inventories

None ☑ a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

None ☑ b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

### 21. Current Partners, Officers, Directors and Shareholders

None ☑ a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

None ☐ b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|
| See Attached List | | |

### 22. Former partners, officers, directors and shareholders

None ☑ a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

None ☐ b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|
| See Attached List | | |

### 23. Withdrawals from a partnership or distributions by a corporation

None ☐ If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| See Attached List | all payments on attached schedule issued in 2009 for services rendered andor salary and/or reimbursement of expenses incurred | |

### 24. Tax Consolidation Group

None ☑ If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

### 25. Pension Funds.

None ☑ If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

*[If completed on behalf of a partnership or corporation]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information, and belief.

Date: **January 15, 2010**          Signature: **/s/ Charles Louis Popkin**          *CL JPL*

**Charles Louis Popkin,**
Print Name and Title

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

**9** continuation pages attached

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C. § 152 and 3571.*



**IN RE** Decision Biomarkers Incorporated
Debtor(s)

Case No. _____

**STATEMENT OF FINANCIAL AFFAIRS**
Continuation Sheet - Page 1 of 9

| Decision Biomarkers, Inc. | | | |
|---|---|---|---|
| **Stockholder Listing** | | | |
| <u>Party</u> | <u>Contact Name</u> | <u>Address</u> | <u>%</u> |
| Climicpar LLC's | Jean Montagu | 76 Walnut Place, Brookline, MA 02445 | 60.46% |
| Jean Montagu | Jean Montagu | 76 Walnut Place, Brookline, MA 02445 | 15.36% |
| Oxford Bioscience Partners | Oxford Bioscience Partners | 222 Berkeley Street, Suite 1650, Boston, MA 02116 | 11.57% |
| Rock Maple Ventures | Rock Maple Ventures | 711 Fifth Avenue, 5th Floor, NY NY 10022 | 4.20% |
| VIMAC Ventures LLC | David Marcus | 420 Bedford Street, Lexington, MA 02420 | 4.02% |
| Fletcher Spaght | Guy Fish | 222 Berkeley Street, Boston, MA 02116 | 2.58% |
| Roger Dowd | Roger Dowd | 20 Franconia Ave, Natick, MA 01760 | 1.01% |
| Charles Popkin | Charles Popkin | 131 Woodbine Circle, Needham, MA 02494 | 0.34% |
| Darren Lee | Darren Lee | 151 Richdale Road, Needham, MA 02492 | 0.23% |
| Micheal Kampfe | Micheal Kampfe | 28 Shore Side Drive, South Yarmouth, MA 02664 | 0.04% |
| Jeffrey G. Donahue | Jeffrey G. Donahue | 9 Everett Circle, Hopkinton, MA 01748-3112 | 0.04% |
| William Bell | William Bell | 139 Davis Avenue, Brookline, MA 02445-7630 | 0.04% |
| Jim Overbeck | Jim Overbeck | PO Box 91, 112 Martins Lane, Hingham, MA 02043 | 0.04% |
| Comerica Bank | Comerica Bank | 100 Federal Street, Boston, MA 02110 | 0.03% |
| S. Ashley Lawton | S. Ashley Lawton | 39 Robinson Road, Lexington, MA 02420-1321 | 0.02% |
| Stanley D. Rose | Stanley D. Rose | P.O. Box 1645, Cruz Bay, VI 00831 | 0.02% |
| Total | | | 100.00% |



| Decision Biomarkers, Inc. | | | |
|---|---|---|---|
| BoD & Officer Listing as of 12/21/09 | | | |
| Contact Name | Address | BoD Role | Mgt Role |
| Jean Montagu | 76 Walnut Place, Brookline, MA 02445 | Chairman | Founder |
| Roger Dowd | 20 Franconia Ave, Natick, MA 01760 | BoD member | CEO & President |
| Charles Popkin | 131 Woodbine Circle, Needham, MA 02494 | N/A | CFO & Treasurer |
| Michael Barron | DLA Piper Rudnick Gray Cary LLP, 33 Arch Street, Suite 2600, Boston, MA 02110 | N/A | Secretary |

IN RE Decision Biomarkers Incorporated
Debtor(s)

Case No. _____

STATEMENT OF FINANCIAL AFFAIRS
Continuation Sheet - Page 2 of 9

IN RE Decision Biomarkers Incorporated                                    Case No. _____
                        Debtor(s)

## STATEMENT OF FINANCIAL AFFAIRS
### Continuation Sheet - Page 3 of 9

2:17 PM
12/19/09
Accrual Basis

**Decision Biomarkers, Inc.**
**Check Register Operating Account**
September 19 through December 21, 2009

Cash-Silicon Valley Bank
  SVB Checking

| Type | Date | Num | Name | Memo | Amount |
|---|---|---|---|---|---|
| Bill Pmt -Check | 09/21/2009 | 8612 | Achin, Ronald | Reimbursed Expenses | -848.94 |
| Bill Pmt -Check | 09/21/2009 | 8613 | American Diagnostics, Inc. | Cust. #024DBM | -252.00 |
| Bill Pmt -Check | 09/21/2009 | 8614 | Cintas | Acct. #07172 | -42.90 |
| Bill Pmt -Check | 09/21/2009 | 8615 | C&A Group | Payer ID84742321 | -1,370.00 |
| Bill Pmt -Check | 09/21/2009 | 8616 | Dyna-Tek, Inc. | PO 83667 | -65.00 |
| Bill Pmt -Check | 09/21/2009 | 8617 | Federal Express | Acct. #3293-8382-2 | -214.75 |
| Bill Pmt -Check | 09/21/2009 | 8618 | Hi-Tech Products | Job #0033438 | -228.00 |
| Bill Pmt -Check | 09/21/2009 | 8619 | IMCO | PO#000060 | -965.20 |
| Bill Pmt -Check | 09/21/2009 | 8620 | Jones, Sarah | | -3,468.20 |
| Bill Pmt -Check | 09/21/2009 | 8621 | Maimonis, Peter | Reimbursed Expenses | -4,587.53 |
| Bill Pmt -Check | 09/21/2009 | 8622 | Maine Oxy/Spec Air Gases | 781702 | -77.25 |
| Bill Pmt -Check | 09/21/2009 | 8623 | Meridian Life Science, Inc. | Cust. #7 22527400 | -905.00 |
| Bill Pmt -Check | 09/21/2009 | 8624 | R&D Systems | 41153-7 | -18,151.50 |
| Bill Pmt -Check | 09/21/2009 | 8625 | Sevran, Ronni | Reimbursed Expenses | -244.02 |
| Bill Pmt -Check | 09/21/2009 | 8626 | Sigma-Aldrich | 49645349 | -68.37 |
| Bill Pmt -Check | 09/21/2009 | 8627 | Supporting Strategies | Services Rendered 9/9/09-9/11/09 | -611.50 |
| Bill Pmt -Check | 09/21/2009 | 8628 | UPS | Shipper #86V849 | -37.70 |
| Bill Pmt -Check | 09/21/2009 | 8629 | USAScientific | 1487-1 | -120.99 |
| Bill Pmt -Check | 09/21/2009 | 8630 | W.B. Mason | M76478 | -90.84 |
| Transfer | 09/25/2009 | | Transferred to Payroll Account | Funds Transfer | -105,162.31 |
| Check | 09/29/2009 | | | Service Charge | -132.64 |
| Bill Pmt -Check | 09/29/2009 | 8631 | Abcam Inc. | Order Ref. 8582735 | -991.00 |
| Bill Pmt -Check | 09/29/2009 | 8632 | Boston Cleaning Company, Inc. | September Cleaning | -560.73 |
| Bill Pmt -Check | 09/29/2009 | 8633 | Callahan, Kristen | Reimbursed Expenses | -954.65 |
| Bill Pmt -Check | 09/29/2009 | 8634 | Casella Waste Systems 78 | Cust. #79-16957 2 | -110.33 |
| Bill Pmt -Check | 09/29/2009 | 8635 | Cell Sciences, Inc. | Cust. #DEBI001 | -422.82 |
| Bill Pmt -Check | 09/29/2009 | 8636 | eBioscience | DEC00 | -586.15 |
| Bill Pmt -Check | 09/29/2009 | 8637 | Holyoke Mutual Insurance Co. | 996945291 | -266.27 |
| Bill Pmt -Check | 09/29/2009 | 8638 | KAS Engineering | P.O. #3679 | -138.00 |
| Bill Pmt -Check | 09/29/2009 | 8639 | Kirkwood Printing | Cust. 903709 | -1,408.30 |
| Bill Pmt -Check | 09/29/2009 | 8640 | Komenecky, Caroline | Outside Services 9/10/09-9/25/09 | -103.16 |
| Bill Pmt -Check | 09/29/2009 | 8641 | Leslie, Walter | Reimbursed Expenses | -99.34 |
| Bill Pmt -Check | 09/29/2009 | 8642 | Maine Oxy/Spec Air Gases | 781702 | -86.55 |
| Bill Pmt -Check | 09/29/2009 | 8643 | Northwestern Mutual Life Insurance | Policy #15-963-877:17-517-911 | -3,585.84 |
| Bill Pmt -Check | 09/29/2009 | 8644 | NStar Electric | | -4,004.17 |
| Bill Pmt -Check | 09/29/2009 | 8645 | Plex Systems, Inc. | | -2,174.25 |
| Bill Pmt -Check | 09/29/2009 | 8646 | Premium Financing Specialists | Acct. #MAW-44017 | -1,386.48 |
| Bill Pmt -Check | 09/29/2009 | 8647 | R&D Systems | 41153-7 | -4,849.50 |
| Bill Pmt -Check | 09/29/2009 | 8648 | Sarstedt Inc. | Cust. #44150 | -840.69 |
| Bill Pmt -Check | 09/29/2009 | 8649 | Stericycle, Inc. | Cust. #6123421 | -228.75 |
| Bill Pmt -Check | 09/29/2009 | 8650 | Ultra Services Inc. | Monthly Maintenance Fee | -112.82 |
| Bill Pmt -Check | 09/29/2009 | 8651 | UPS | Shipper #86V849 | -72.77 |
| Bill Pmt -Check | 09/29/2009 | 8652 | VWR International | 1179091 | -271.97 |
| Bill Pmt -Check | 10/01/2009 | 8653 | Harvard Pilgrim Health Plan | Division #0569700000 | -8,880.10 |
| Bill Pmt -Check | 10/01/2009 | 8654 | Longwood Associates | VOID: Consulting Services September 2009 | 0.00 |
| Bill Pmt -Check | 10/01/2009 | 8655 | MetLife Insurance Company | Group #TM05731454 | -1,846.16 |
| Bill Pmt -Check | 10/01/2009 | 8656 | Reliance Standard Life Insurance | Policy #LTD119049 | -521.66 |
| Bill Pmt -Check | 10/01/2009 | 8657 | Standard Insurance Company | Policy #00 147228 0001 | -623.59 |
| Check | 10/01/2009 | EFT | Silicon Valley Bank | | -25,312.50 |
| Deposit | 10/05/2009 | | Cobra Insurance payment | Deposit | 864.56 |
| Check | 10/05/2009 | EFT | Paypal | Monthly Service Charge | -30.00 |
| Payment | 10/06/2009 | 590469 | MD Anderson | | 37,395.00 |
| Bill Pmt -Check | 10/06/2009 | 8658 | Andar Corporation | | -840.00 |
| Bill Pmt -Check | 10/06/2009 | 8659 | Hi-Tech Products | | -1,238.26 |
| Bill Pmt -Check | 10/06/2009 | 8660 | Longwood Associates | Consulting Services September 2009 | -10,000.00 |
| Bill Pmt -Check | 10/06/2009 | 8661 | Maine Oxy/Spec Air Gases | 781702 | -68.58 |
| Bill Pmt -Check | 10/06/2009 | 8662 | ProMedDx | PO 83683 | -370.92 |
| Bill Pmt -Check | 10/06/2009 | 8663 | R&D Systems | 41153-7 | -11,277.50 |
| Bill Pmt -Check | 10/06/2009 | 8664 | Silvagni, Marc | Reimbursed Expenses | -53.61 |
| Bill Pmt -Check | 10/06/2009 | 8665 | Steinhardt, Alexej | Consulting | -70.00 |
| Bill Pmt -Check | 10/06/2009 | 8666 | UPS | Shipper #86V849 | -110.16 |
| Bill Pmt -Check | 10/06/2009 | 8667 | Verizon-2008 | 781-890-2008 | -590.26 |
| Bill Pmt -Check | 10/06/2009 | 8668 | Verizon Business | Y2427110 | -633.99 |
| Bill Pmt -Check | 10/06/2009 | 8669 | W.B. Mason | M76478 | -46.84 |
| Transfer | 10/06/2009 | | Transferred to Payroll Account | Funds Transfer | -50,000.00 |
| Bill Pmt -Check | 10/15/2009 | 8670 | Acme Dry Ice Co. | September 2009 | -88.00 |
| Bill Pmt -Check | 10/15/2009 | 8671 | AmSan New England | Cust. #040431 | -191.00 |
| Bill Pmt -Check | 10/15/2009 | 8672 | Buono Pest Control Co., Inc. | 100307 | -90.00 |
| Bill Pmt -Check | 10/15/2009 | 8673 | Certco, Inc. | Testing & Certification of 3 BSCs | -360.00 |
| Bill Pmt -Check | 10/15/2009 | 8674 | Cintas | Acct. #07172 | -43.53 |
| Bill Pmt -Check | 10/15/2009 | 8675 | City of Waltham | Vendor ID#01008778 | -9.20 |
| Bill Pmt -Check | 10/15/2009 | 8676 | Data Evolution LLC | Decision Biomarkers | -428.00 |
| Bill Pmt -Check | 10/15/2009 | 8677 | Dowd, Roger | Reimbursed Expenses | -589.65 |
| Bill Pmt -Check | 10/15/2009 | 8678 | Edwards, Angell, Palmer & Dodge LLP | 5584 | -1,000.00 |
| Bill Pmt -Check | 10/15/2009 | 8679 | Hi-Tech Products | Job #0033504 | -332.89 |
| Bill Pmt -Check | 10/15/2009 | 8680 | HR Concepts | | -4,523.02 |
| Bill Pmt -Check | 10/15/2009 | 8681 | Maine Oxy/Spec Air Gases | 781702 | -55.69 |

Page 1 of 4

IN RE **Decision Biomarkers Incorporated** _____  Case No. _____

Debtor(s)

# STATEMENT OF FINANCIAL AFFAIRS
## Continuation Sheet - Page 4 of 9

2:17 PM
12/19/09
Accrual Basis

**Decision Biomarkers, Inc.**
**Check Register Operating Account**
September 19 through December 21, 2009

| Type | Date | Num | Name | Memo | Amount |
|---|---|---|---|---|---|
| Bill Pmt -Check | 10/15/2009 | 6682 | Pierce Biotechnology, Inc. | 25611 | -548.25 |
| Bill Pmt -Check | 10/15/2009 | 6683 | Popper and Company, LLC | Cust. ID #009 | -2,000.00 |
| Bill Pmt -Check | 10/15/2009 | 6684 | R&D Systems | 41183-7 | -5,845.50 |
| Bill Pmt -Check | 10/15/2009 | 6685 | Save That Stuff | Acct. #4443-1 | -31.00 |
| Bill Pmt -Check | 10/15/2009 | 6686 | Bevren, Ronni | Reimbursed Expenses | -76.50 |
| Bill Pmt -Check | 10/15/2009 | 6687 | Seahorse Labware | Cust. ID#2005-DBI | -1,483.38 |
| Bill Pmt -Check | 10/15/2009 | 6688 | Tepnel Lifecodes Corporation | Cust. #080-Decisionbio | -216.28 |
| Bill Pmt -Check | 10/15/2009 | 6689 | UPS | Shipper #96V849 | -216.66 |
| Transfer | 10/19/2009 | | Loan from Jean Montagu | Funds Transfer | 400,000.00 |
| Bill Pmt -Check | 10/19/2009 | 6690 | Ace USA | Policy #C4578155A | -556.63 |
| Bill Pmt -Check | 10/19/2009 | 6691 | AI Conferencing | Acct. #11724 | -279.76 |
| Bill Pmt -Check | 10/19/2009 | 6692 | Berney, Glenn T. | | -3,236.70 |
| Bill Pmt -Check | 10/19/2009 | 6693 | Boston Bean Coffee Company | Cust. #CLIN-1 - September Rental | -44.57 |
| Bill Pmt -Check | 10/19/2009 | 6694 | Cintas | Acct. #07172 | -43.63 |
| Bill Pmt -Check | 10/19/2009 | 6695 | Hi-Tech Products | Job #0033502 | -1,734.51 |
| Bill Pmt -Check | 10/19/2009 | 6696 | IMCO | PO#000006 | -457.64 |
| Bill Pmt -Check | 10/19/2009 | 6697 | Jones, Sarah | | -2,968.71 |
| Bill Pmt -Check | 10/19/2009 | 6698 | Komanecky, Caroline | Outside Services 9/30/09-10/15/09 | -108.50 |
| Bill Pmt -Check | 10/19/2009 | 6699 | Liberty Tree Advisors, LLC | September 2009 | -5,000.00 |
| Bill Pmt -Check | 10/19/2009 | 6700 | Maine Oxy/Spec Air Gases | 781702 | -86.58 |
| Bill Pmt -Check | 10/19/2009 | 6701 | Morris & Morris, P.C. | 9/9/09 Inventory Meeting | -600.00 |
| Bill Pmt -Check | 10/19/2009 | 6702 | National Grid | Acct. #51058-10082 | -81.09 |
| Bill Pmt -Check | 10/19/2009 | 6703 | PeproTech Inc. | Cust. Code DBI | -1,520.00 |
| Bill Pmt -Check | 10/19/2009 | 6704 | Pitney Bowes Purchase Power | Acct. #8000-9090-0100-6555 | -105.99 |
| Bill Pmt -Check | 10/19/2009 | 6705 | R&D Systems | 41183-7 | -5,187.50 |
| Bill Pmt -Check | 10/19/2009 | 6706 | Safety Partners, Inc. | Safety Training Prep and Presentation | -384.25 |
| Bill Pmt -Check | 10/19/2009 | 6707 | Seahorse Labware | | -2,989.26 |
| Bill Pmt -Check | 10/19/2009 | 6708 | Sigma-Aldrich | 49645349 | -863.04 |
| Bill Pmt -Check | 10/19/2009 | 6709 | Sunstein Kann Murphy & Timbers LLP | Client #03489 | -1,000.00 |
| Bill Pmt -Check | 10/19/2009 | 6710 | Tepnel Lifecodes Corporation | Cust. #080-Decisionbio | -2,512.10 |
| Bill Pmt -Check | 10/19/2009 | 6711 | UPS | Shipper #96V849 | -81.91 |
| Transfer | 10/22/2009 | | Transferred to Payroll Account | Funds Transfer | -89,146.53 |
| Bill Pmt -Check | 10/26/2009 | 6712 | Boston Cleaning Company, Inc. | October Cleaning | -580.73 |
| Bill Pmt -Check | 10/26/2009 | 6713 | Callahan, Kristen | Reimbursed Expenses | -150.86 |
| Bill Pmt -Check | 10/26/2009 | 6714 | Casella Waste Systems 79 | Cust. #79-18957 2 | -114.22 |
| Bill Pmt -Check | 10/26/2009 | 6715 | CiDRA Precision Services, LLC | | -1,753.98 |
| Bill Pmt -Check | 10/26/2009 | 6716 | City of Waltham | Key #00502440 | -115.54 |
| Bill Pmt -Check | 10/26/2009 | 6717 | GE Healthcare Bio-Sciences Corp. | 73503 | -109.95 |
| Bill Pmt -Check | 10/26/2009 | 6718 | Gunderson Dettmer | Client #5467 | -600.00 |
| Bill Pmt -Check | 10/26/2009 | 6719 | Holyoke Mutual Insurance Co. | 998945291 | -288.27 |
| Bill Pmt -Check | 10/26/2009 | 6720 | Jones, Sarah | Reimbursed Expenses | -1,309.86 |
| Bill Pmt -Check | 10/26/2009 | 6721 | Life Science Analytics, Inc. | Cust. #341446 | -1,675.00 |
| Bill Pmt -Check | 10/26/2009 | 6722 | Malmonis, Peter | Reimbursed Expenses | -2,817.79 |
| Bill Pmt -Check | 10/26/2009 | 6723 | Maine Oxy/Spec Air Gases | 781702 | -91.19 |
| Bill Pmt -Check | 10/26/2009 | 6724 | MSC | 016851962 | -109.72 |
| Bill Pmt -Check | 10/26/2009 | 6725 | NStar Electric | | -2,812.30 |
| Bill Pmt -Check | 10/26/2009 | 6726 | R&D Systems | 41183-7 | -10,673.50 |
| Bill Pmt -Check | 10/26/2009 | 6727 | Rich, Catherine | Reimbursed Expenses | -486.12 |
| Bill Pmt -Check | 10/26/2009 | 6728 | Salesforce.com | Contract #00262528 | -3,964.38 |
| Bill Pmt -Check | 10/26/2009 | 6729 | Sigma-Aldrich | 49645349 | -100.72 |
| Bill Pmt -Check | 10/26/2009 | 6730 | Silicon Valley Bank | Reimer & Braunstein Bill | -3,331.00 |
| Bill Pmt -Check | 10/26/2009 | 6731 | Small Parts Inc. | Cust. #51813 | -34.92 |
| Bill Pmt -Check | 10/26/2009 | 6732 | Supporting Strategies | Services Rendered 9/13/09-9/15/09 | -445.50 |
| Bill Pmt -Check | 10/26/2009 | 6733 | SurModics | Cust. #DECI001 | -432.00 |
| Bill Pmt -Check | 10/26/2009 | 6734 | Ultra Services Inc. | Monthly Maintenance Fee | -112.92 |
| Bill Pmt -Check | 10/26/2009 | 6735 | UPS | Shipper #96V846 | -165.45 |
| Bill Pmt -Check | 10/26/2009 | 6736 | W.B. Mason | M75479 | -163.88 |
| Check | 10/26/2009 | EFT | | Bank Service Charge | -137.69 |
| Deposit | 10/26/2009 | | Refund Retainer - Donald Lassman | Deposit | 580.00 |
| Payment | 10/26/2009 | | Janssen Pharmaceutica NV | | 33,761.25 |
| Deposit | 11/02/2009 | | Cobra Insurance payment | Deposit | 583.34 |
| Bill Pmt -Check | 11/02/2009 | 8737 | Abcam Inc. | Order Ref. #578921 | -1,955.00 |
| Bill Pmt -Check | 11/02/2009 | 8738 | Andar Corporation | | -1,024.00 |
| Bill Pmt -Check | 11/02/2009 | 8739 | Cintas | Acct. #07172 | -43.63 |
| Bill Pmt -Check | 11/02/2009 | 8740 | Data Evolution LLC | Decision Biomarkers | -100.00 |
| Bill Pmt -Check | 11/02/2009 | 8741 | Federal Express | Acct. #3293-8382-2 | -41.57 |
| Bill Pmt -Check | 11/02/2009 | 8742 | GHA Technologies, Inc. | Decision Biomarkers | -86.09 |
| Bill Pmt -Check | 11/02/2009 | 8743 | Harvard Pilgrim Health Plan | Division #0568700000 | -10,004.57 |
| Bill Pmt -Check | 11/02/2009 | 8744 | Hi-Tech Products | | -4,117.38 |
| Bill Pmt -Check | 11/02/2009 | 8745 | Komanecky, Caroline | Outside Services 10/20/09-10/30/09 | -62.34 |
| Bill Pmt -Check | 11/02/2009 | 8746 | Longwood Associates | Consulting Services October 2009 | -10,000.00 |
| Bill Pmt -Check | 11/02/2009 | 8747 | Maine Oxy/Spec Air Gases | 781702 | -91.19 |
| Bill Pmt -Check | 11/02/2009 | 8748 | MetLife Insurance Company | Group #TM05731454 | -1,013.84 |
| Bill Pmt -Check | 11/02/2009 | 8749 | Office Paper Recovery, Inc. | | -30.00 |
| Bill Pmt -Check | 11/02/2009 | 8750 | Osgood, Avery | Reimbursed Expenses | -83.94 |
| Bill Pmt -Check | 11/02/2009 | 8751 | PeproTech Inc. | Cust. Code DBI | -720.00 |
| Bill Pmt -Check | 11/02/2009 | 8752 | Plex Systems, Inc. | | -2,149.50 |
| Bill Pmt -Check | 11/02/2009 | 8753 | Premium Financing Specialists | Acct. #AAW-44017 | -1,365.46 |
| Bill Pmt -Check | 11/02/2009 | 8754 | R&D Systems | 41183-7 | -2,393.50 |

Page 2 of 4

-998-2424) - Forms Software Only

IN RE Decision Biomarkers Incorporated _____ Case No. _____
                                          Debtor(s)

# STATEMENT OF FINANCIAL AFFAIRS
## Continuation Sheet - Page 5 of 9

2:17 PM
12/19/09
Accrual Basis

**Decision Biomarkers, Inc.**
**Check Register Operating Account**
September 19 through December 21, 2009

| Type | Date | Num | Name | Memo | Amount |
|---|---|---|---|---|---|
| Bill Pmt -Check | 11/02/2009 | 8755 | Reliance Standard Life Insurance | Policy #LTD119049 | -653.33 |
| Bill Pmt -Check | 11/02/2009 | 8756 | Rockland | Cust. #Decision | -155.00 |
| Bill Pmt -Check | 11/02/2009 | 8757 | Seahorse Labware | Cust. ID#2008-DBI | -1,483.38 |
| Bill Pmt -Check | 11/03/2009 | 8758 | Standard Insurance Company | Policy #00 147228 0001 | -623.59 |
| Bill Pmt -Check | 11/02/2009 | 8759 | Stanley Supply & Services | Cust. #6479250 | -39.56 |
| Bill Pmt -Check | 11/02/2009 | 8760 | UPS | Shipper #98V849 | -290.06 |
| Bill Pmt -Check | 11/02/2009 | 8761 | Veolia ES Technical Solutions, LLC | 10/21 Chip Tank Maintenance | -646.40 |
| Bill Pmt -Check | 11/02/2009 | 8762 | Verizon-2006 | 781-890-2006 | -573.34 |
| Bill Pmt -Check | 11/02/2009 | 8763 | Verizon Business | Y2437110 | -532.76 |
| Bill Pmt -Check | 11/02/2009 | 8764 | VWR International | 1179081 | -479.34 |
| Bill Pmt -Check | 11/02/2009 | 8765 | W.B. Mason | M75478 | -39.07 |
| Bill Pmt -Check | 11/02/2009 | 8766 | W.R. Sharples Co., Inc. | Decision Biomarkers | -168.00 |
| Bill Pmt -Check | 11/02/2009 | 8767 | Silicon Valley Bank | Loan Modification Fee | -2,000.00 |
| Payment | 11/02/2009 | 1000048797 | Centocor Research & Development Supply | | 7,560.78 |
| Payment | 11/03/2009 | | GenTel Biosurfaces Inc. | | 13,897.75 |
| Check | 11/03/2009 | EFT | Paypal | Monthly Service Charge | -30.00 |
| Deposit | 11/04/2009 | EFT | Silicon Valley Bank | Reverse Loan Payment | 5,468.75 |
| Bill Pmt -Check | 11/10/2009 | 8768 | Acme Dry Ice Co. | VOID: October 2009 | 0.00 |
| Bill Pmt -Check | 11/10/2009 | 8769 | AJ Conferencing | Acct. #11724 | -489.28 |
| Bill Pmt -Check | 11/10/2009 | 8770 | Barney, Glenn T. | | -4,862.81 |
| Bill Pmt -Check | 11/10/2009 | 8771 | Buono Pest Control Co., Inc. | 100307 | -90.00 |
| Bill Pmt -Check | 11/10/2009 | 8772 | Cell Sciences, Inc. | Cust. #DEBI001 | -1,203.44 |
| Bill Pmt -Check | 11/10/2009 | 8773 | C&A Group | Payer ID#4742321 | -575.00 |
| Bill Pmt -Check | 11/10/2009 | 8774 | Hardware Specialty Co., Inc. | Acct. #716595 | -364.57 |
| Bill Pmt -Check | 11/10/2009 | 8775 | Jones, Sarah | Reimbursed Expenses | -1,927.47 |
| Bill Pmt -Check | 11/10/2009 | 8776 | PeproTech Inc. | Cust. Code DBI | -3,220.00 |
| Bill Pmt -Check | 11/10/2009 | 8777 | R&D Systems | 41163-7 | -14,013.50 |
| Bill Pmt -Check | 11/10/2009 | 8778 | Save That Stuff | Acct. #4443-1 | -31.00 |
| Bill Pmt -Check | 11/10/2009 | 8779 | Seahorse Labware | Cust. ID#2008-DBI | -1,483.38 |
| Bill Pmt -Check | 11/10/2009 | 8780 | Silicon Valley Bank | Loan Modification Fee | -1,055.00 |
| Bill Pmt -Check | 11/10/2009 | 8781 | Stanley Supply & Services | Cust. #6479250 | -19.27 |
| Bill Pmt -Check | 11/10/2009 | 8782 | UPS | Shipper #98V849 | -473.58 |
| Bill Pmt -Check | 11/10/2009 | 8783 | Acme Dry Ice Co. | October 2009 | -132.00 |
| Transfer | 11/10/2009 | | Transferred to Payroll Account | Funds Transfer | -86,170.84 |
| Bill Pmt -Check | 11/17/2009 | 8784 | Ace USA | Policy #C4575155A | -800.21 |
| Bill Pmt -Check | 11/17/2009 | 8785 | BD Biosciences | Cust. #2000114985 | -336.00 |
| Bill Pmt -Check | 11/17/2009 | 8786 | Boston Bean Coffee Company | Cust. #CLIN-1 - October Rental | -44.57 |
| Bill Pmt -Check | 11/17/2009 | 8787 | Callahan, Kristen | Reimbursed Expenses | -150.88 |
| Bill Pmt -Check | 11/17/2009 | 8788 | Cintas | Acct. #07172 | -43.63 |
| Bill Pmt -Check | 11/17/2009 | 8789 | C&A Group | Payer ID#4742321 | -575.00 |
| Bill Pmt -Check | 11/17/2009 | 8790 | Data Evolution LLC | Decision Biomarkers | -628.00 |
| Bill Pmt -Check | 11/17/2009 | 8791 | Dowd, Roger | Reimbursed Expenses | -386.07 |
| Bill Pmt -Check | 11/17/2009 | 8792 | Edwards, Angell, Palmer & Dodge LLP | 6584 | -500.00 |
| Bill Pmt -Check | 11/17/2009 | 8793 | Federal Express | Acct. #3293-6382-2 | -33.75 |
| Bill Pmt -Check | 11/17/2009 | 8794 | Grace Bio-Labs, Inc. | Decision Biomarkers | -5,409.00 |
| Bill Pmt -Check | 11/17/2009 | 8795 | Gunderson Dettmer | Client #6487 | -500.00 |
| Bill Pmt -Check | 11/17/2009 | 8796 | HR Concepts | HRA Funding for Employee Accounts | -711.06 |
| Bill Pmt -Check | 11/17/2009 | 8797 | Jones, Sarah | | -952.87 |
| Bill Pmt -Check | 11/17/2009 | 8798 | KAS Engineering | P.O. #3712 | -295.00 |
| Bill Pmt -Check | 11/17/2009 | 8799 | Liberty Tree Advisors, LLC | October 2009 | -5,000.00 |
| Bill Pmt -Check | 11/17/2009 | 8800 | Malmonis, Peter | Reimbursed Expenses | -3,903.14 |
| Bill Pmt -Check | 11/17/2009 | 8801 | Maine Oxy/Spec Air Gases | 791702 | -159.19 |
| Bill Pmt -Check | 11/17/2009 | 8802 | MSC | 01668962 | -20.12 |
| Bill Pmt -Check | 11/17/2009 | 8803 | National Grid | Acct. #51058-10062 | -306.93 |
| Bill Pmt -Check | 11/17/2009 | 8804 | R&D Systems | 41163-7 | -3,677.50 |
| Bill Pmt -Check | 11/17/2009 | 8805 | Rastivo Monacelli LLP | Client #P02491 | -2,000.00 |
| Bill Pmt -Check | 11/17/2009 | 8806 | Rockland | Cust. #Decision | -140.00 |
| Bill Pmt -Check | 11/17/2009 | 8807 | Sunstein Kann Murphy & Timbers LLP | Client #03489 | -427.24 |
| Bill Pmt -Check | 11/17/2009 | 8808 | Tech-Etch | Cust. #DEC-WMA | -500.00 |
| Bill Pmt -Check | 11/17/2009 | 8809 | UPS | Shipper #98V849 | -54.75 |
| Bill Pmt -Check | 11/17/2009 | 8810 | USAScientific | 1487-1 | -122.52 |
| Bill Pmt -Check | 11/17/2009 | 8811 | W.B. Mason | M75478 | -34.57 |
| Bill Pmt -Check | 11/24/2009 | 8812 | Achin, Ronald | Reimbursed Expenses | -135.47 |
| Bill Pmt -Check | 11/24/2009 | 8813 | Andor Corporation | | -640.00 |
| Bill Pmt -Check | 11/24/2009 | 8814 | Commonwealth of Massachusetts | Fed ID#04-03585393 | -33.19 |
| Bill Pmt -Check | 11/24/2009 | 8815 | Holyoke Mutual Insurance Co. | 996945291 | -288.27 |
| Bill Pmt -Check | 11/24/2009 | 8816 | Jones, Sarah | Reimbursed Expenses | -749.15 |
| Bill Pmt -Check | 11/24/2009 | 8817 | Komenecky, Caroline | Outside Services 11/4/09-11/21/09 | -66.60 |
| Bill Pmt -Check | 11/24/2009 | 8818 | Premium Financing Specialists | Acct. #MAW-44017 | -1,385.45 |
| Bill Pmt -Check | 11/24/2009 | 8819 | Savran, Ronni | Reimbursed Expenses | -140.30 |
| Check | 11/27/2009 | | | Service Charge | -141.26 |
| Transfer | 12/01/2009 | | Transferred to Payroll Account | Funds Transfer | -65,000.00 |
| Bill Pmt -Check | 12/01/2009 | 8820 | Barney, Glenn T. | VOID: | 0.00 |
| Bill Pmt -Check | 12/01/2009 | 8821 | Harvard Pilgrim Health Plan | VOID: Division #0568700000 | 0.00 |
| Bill Pmt -Check | 12/01/2009 | 8822 | Komenecky, Caroline | Outside Services 11/23/09-11/25/09 | -22.75 |
| Bill Pmt -Check | 12/01/2009 | 8823 | Longwood Associates | Consulting Services November 2009 | -10,000.00 |
| Bill Pmt -Check | 12/01/2009 | 8824 | Malmonis, Peter | Reimbursed Expenses | -2,244.44 |
| Bill Pmt -Check | 12/01/2009 | 8825 | MetLife Insurance Company | Group #TM05731454 | -1,438.32 |
| Bill Pmt -Check | 12/01/2009 | 8826 | Noyes, Ashley | Services Rendered Oct. & Nov. | -90.00 |

Page 3 of 4

IN RE Decision Biomarkers Incorporated  Case No. _____
    Debtor(s)

# STATEMENT OF FINANCIAL AFFAIRS
## Continuation Sheet - Page 6 of 9

2:17 PM
12/19/09
Accrual Basis

### Decision Biomarkers, Inc.
### Check Register Operating Account
September 19 through December 21, 2009

| Type | Date | Num | Name | Memo | Amount |
|---|---|---|---|---|---|
| Bill Pmt -Check | 12/01/2009 | 8827 | Panchu, Anand | Reimbursed Expenses | -147.81 |
| Bill Pmt -Check | 12/01/2009 | 8828 | Reliance Standard Life Insurance | Policy #LTD119049 | -553.33 |
| Bill Pmt -Check | 12/01/2009 | 8829 | Sevran, Ronni | Reimbursed Expenses | -37.79 |
| Bill Pmt -Check | 12/01/2009 | 8830 | Standard Insurance Company | Policy #00 147228 0001 | -623.50 |
| Bill Pmt -Check | 12/01/2009 | 8831 | Barney, Glenn T. | | -13,106.40 |
| Bill Pmt -Check | 12/01/2009 | 8832 | Harvard Pilgrim Health Plan | Division #0568700000 | -8,991.23 |
| Check | 12/01/2009 | EFT | Silicon Valley Bank | | -15,000.00 |
| Check | 12/02/2009 | 8833 | Achin, Ronald | | -2,648.13 |
| Check | 12/02/2009 | 8834 | Barney, Glenn T. | VOID: | 0.00 |
| Check | 12/02/2009 | 8835 | Billmoria, Shahidabibi | | -1,060.39 |
| Check | 12/02/2009 | 8836 | Bleck, Tonya | | -1,455.45 |
| Check | 12/02/2009 | 8837 | Callahan, Kristen | | -1,354.89 |
| Check | 12/02/2009 | 8838 | Curran, Catherine | | -554.44 |
| Check | 12/02/2009 | 8839 | Dowd, Roger | | -2,654.27 |
| Check | 12/02/2009 | 8840 | Girard, Albert | | -3,078.41 |
| Check | 12/02/2009 | 8841 | Jones, Sarah | | -4,418.10 |
| Check | 12/02/2009 | 8842 | Khalfa, Anisha | | -944.32 |
| Check | 12/02/2009 | 8843 | Laslie, Walter | | -2,326.35 |
| Check | 12/02/2009 | 8844 | Maimonis, Peter | Final Manual Paychecks processed through ADP | -3,480.00 |
| Check | 12/02/2009 | 8845 | Montagu, Jean | | -1,130.44 |
| Check | 12/02/2009 | 8846 | Moreira, Lucia | | -238.34 |
| Check | 12/02/2009 | 8847 | Ni, Xiaoyan | | -3,429.47 |
| Check | 12/02/2009 | 8848 | Osgood, Avery | | -1,862.32 |
| Check | 12/02/2009 | 8849 | Panchu, Anand | | -767.26 |
| Check | 12/02/2009 | 8850 | Rich, Catherine | | -758.14 |
| Check | 12/02/2009 | 8851 | Sevran, Ronni | | -1,141.73 |
| Check | 12/02/2009 | 8852 | Sivagni, Marc | | -1,587.93 |
| Check | 12/02/2009 | 8853 | Sudireddy, Vasanthi | | -828.42 |
| Check | 12/02/2009 | 8854 | Tyburczy, Nathan | | -855.10 |
| Check | 12/02/2009 | 8855 | Zerozinski, Christopher | | -2,074.12 |
| Check | 12/02/2009 | 8856 | Barney, Glenn T. | | -6,053.06 |
| Bill Pmt -Check | 12/02/2009 | 8857 | Ander Corporation | Thakur Panchu 11/2/09-12/2/09 | -1,218.00 |
| Bill Pmt -Check | 12/02/2009 | 8858 | Komenecky, Caroline | Outside Services 11/30/09-12/1/09 | -16.50 |
| Bill Pmt -Check | 12/02/2009 | 8859 | Osgood, Avery | Reimbursed Expenses | -71.72 |
| Deposit | 12/02/2009 | | Cobra Insurance payment | Deposit | 583.34 |
| Check | 12/03/2009 | EFT | Paypal | Monthly Service Charge | -30.00 |
| Bill Pmt -Check | 12/08/2009 | A860 | Calvo, Daniel - Expenses | Travel for November BOD Meeting | -383.88 |
| Bill Pmt -Check | 12/08/2009 | 8861 | Casella Waste Systems 79 | | -228.70 |
| Bill Pmt -Check | 12/08/2009 | 8862 | DLA Piper US, LLP | Retainer | -5,000.00 |
| Bill Pmt -Check | 12/08/2009 | 8863 | Jones, Sarah | | -2,142.23 |
| Bill Pmt -Check | 12/08/2009 | 8864 | Maimonis, Peter | Reimbursed Expenses | -309.76 |
| Bill Pmt -Check | 12/08/2009 | 8865 | National Grid | Acct. #61058-10052 | -818.81 |
| Bill Pmt -Check | 12/08/2009 | 8866 | NStar Electric | | -1,960.53 |
| Bill Pmt -Check | 12/08/2009 | 8867 | Save That Stuff | Acct. #4443-1 | -31.00 |
| Bill Pmt -Check | 12/08/2009 | 8868 | Verizon-2006 | 781-890-2006 | -678.90 |
| Bill Pmt -Check | 12/08/2009 | 8869 | Verizon Business | Y2427110 | -532.76 |
| Transfer | 12/08/2009 | | Transferred from Payroll Account | Funds Transfer | 13,000.00 |
| Bill Pmt -Check | 12/15/2009 | 8870 | Laseman, Donald R. | VOID: Bankruptcy Filing | 0.00 |
| Transfer | 12/17/2009 | | Transferred from Payroll Account | Funds Transfer | 15,000.00 |
| Bill Pmt -Check | 12/18/2009 | EFT | NStar Electric | Confirmation #1281155837991 | -1,838.84 |
| Bill Pmt -Check | 12/18/2009 | EFT | Dowd, Roger | Confirmation #200912181909220 Consulting & Re | -3,858.30 |
| Bill Pmt -Check | 12/18/2009 | EFT | Longwood Associates | Consulting Services 12/3/09-12/17/09 Confirmatio | -4,125.00 |
| Transfer | 12/18/2009 | | Transferred from Payroll Account | Funds Transfer | 10,000.00 |
| Bill Pmt -Check | 12/18/2009 | EFT | Montagu, Jean | Reimbursed Expenses - Confirmation #200912181 | -1,896.05 |
| Bill Pmt -Check | 12/18/2009 | EFT | Sevran, Ronni | Services Rendered 12/3/09-12/17/09 Confirmation | -1,406.25 |
| Bill Pmt -Check | 12/18/2009 | EFT | Ultraguard Protective Systems | Cust. #33711 - Confirmation #PMT-ACH59218 | -46.00 |
| Bill Pmt -Check | 12/18/2009 | EFT | Verizon-2006 | 781-890-2006 Confirmation #947044 | -353.45 |
| Check | 12/18/2009 | EFT | Verizon-2006 | Fee to pay by Phone | -3.50 |
| Bill Pmt -Check | 12/18/2009 | 8871 | Ace USA | Policy #C4578185A | -551.33 |
| Bill Pmt -Check | 12/21/2009 | EFT | Laseman, Donald R. | Confirmation #200912181906278 | -10,296.00 |
| Deposit | 12/21/2009 | | Cobra Insurance payment | Deposit | 32.08 |
| Bill Pmt -Check | 12/21/2009 | EFT | Holyoke Mutual Insurance Co. | 988945291 Paid to Northbridge Insurance Confirm | -266.27 |
| Total SVB Checking | | | | | -319,217.78 |
| Total Cash-Silicon Valley Bank | | | | | -319,217.78 |
| **TOTAL** | | | | | **-319,217.78** |

IN RE <u>Decision Biomarkers Incorporated</u>                                                          Case No. _____
                                         Debtor(s)

# STATEMENT OF FINANCIAL AFFAIRS
## Continuation Sheet - Page 7 of 9

2:38 PM
12/19/09
Accrual Basis

**Decision Biomarkers, Inc.**
**Check Register**
**Payroll Account**
September 19 through December 21, 2009

Cash-Silicon Valley Bank
  SVB Payroll Account

| Type | Date | Num | Name | Memo | Amount |
|---|---|---|---|---|---|
| General Journal | 09/25/2009 | | | Taxes | -16,730.72 |
| General Journal | 09/25/2009 | | | Checks & DD | -40,580.71 |
| General Journal | 09/25/2009 | | | 401K | -3,382.49 |
| Transfer | 09/25/2009 | | | Funds Transfer | 105,169.31 |
| Check | 10/02/2009 | EFT | ADP - Billing | P/R 9/18/09 | -150.00 |
| Check | 10/02/2009 | EFT | ADP - Billing | 401K PR P/E 9/18/09 | -326.92 |
| Transfer | 10/08/2009 | | | Funds Transfer | 50,000.00 |
| General Journal | 10/09/2009 | | | Taxes | -21,649.90 |
| General Journal | 10/09/2009 | | | DD | -56,680.98 |
| General Journal | 10/09/2009 | | | 401K | -3,858.21 |
| Check | 10/16/2009 | | ADP - Billing | P/R PE 10/2/09 | -156.60 |
| Transfer | 10/22/2009 | | | Funds Transfer | 89,140.53 |
| Check | 10/23/2009 | EFT | ADP - Billing | State Filing Fees | -12.00 |
| General Journal | 10/23/2009 | | | Taxes | -16,730.66 |
| General Journal | 10/23/2009 | | | Checks & DD | -40,580.77 |
| General Journal | 10/23/2009 | | | 401K | -3,382.49 |
| Check | 10/30/2009 | EFT | ADP - Billing | 401K P/R PE 10/16 | -301.92 |
| Check | 10/30/2009 | EFT | ADP - Billing | P/R PE 10/16 | -150.00 |
| General Journal | 11/06/2009 | | | Taxes | -16,730.69 |
| General Journal | 11/06/2009 | | | DD | -40,580.74 |
| General Journal | 11/06/2009 | | | 401K | -3,382.49 |
| Check | 11/06/2009 | EFT | ADP - Billing | Qtrly Reports Delivery & Handling | -18.00 |
| Check | 11/09/2009 | EFT | | | -7.00 |
| Transfer | 11/10/2009 | | | Funds Transfer | 88,170.64 |
| Check | 11/13/2009 | EFT | ADP - Billing | Payroll PE 10/30/09 | -150.00 |
| Check | 11/20/2009 | EFT | ADP - Billing | State Fee PE 10/31/09 | -12.00 |
| General Journal | 11/20/2009 | | | Taxes | -15,647.32 |
| General Journal | 11/20/2009 | | | Checks & DD | -40,580.77 |
| General Journal | 11/20/2009 | | | 401K | -3,382.49 |
| Check | 11/27/2009 | EFT | ADP - Billing | Payroll PE 11/13/09 | -150.00 |
| Transfer | 12/01/2009 | | | Funds Transfer | 85,000.00 |
| General Journal | 12/04/2009 | | | Taxes | -16,144.66 |
| General Journal | 12/04/2009 | | | DD | -40,873.74 |
| General Journal | 12/04/2009 | | | 401K | -3,382.49 |
| General Journal | 12/04/2009 | | | Taxes | -11,057.72 |
| General Journal | 12/04/2009 | | | 401K | -19.69 |
| Check | 12/04/2009 | EFT | ADP - Billing | | -301.92 |
| Transfer | 12/08/2009 | | | Funds Transfer | -13,000.00 |
| Check | 12/11/2009 | EFT | ADP - Billing | Payroll PE 11/27/09 & 12/4/09 | -300.00 |
| Transfer | 12/17/2009 | | | Funds Transfer | -15,000.00 |
| Check | 12/18/2009 | EFT | ADP - Billing | 401K Termination Fee | -1,500.00 |
| Transfer | 12/18/2009 | | | Funds Transfer | -10,000.00 |

Total SVB Payroll Account                                                                                          -19,415.41

Total Cash-Silicon Valley Bank                                                                                    -19,415.41

TOTAL                                                                                                                      -19,415.41

Page 1 of 1

IN RE <u>Decision Biomarkers Incorporated</u>                                                          Case No. _____
Debtor(s)

# STATEMENT OF FINANCIAL AFFAIRS
## Continuation Sheet - Page 8 of 9

**Payments in 2009 to Insiders of Debtor:**

**Daniel Calvo**
    Reimbursed Expenses          $ 383.98

**Roger Dowd**
| | |
|---|---|
| Wages | $75,522.82 |
| Consulting 12/3/09-12/22/09 | $ 3,400.00 |
| Reimbursed Expenses | $ 4,712.64 |
| **TOTAL PAID** | **$83,635.46** |

**Jean Montagu**
| | |
|---|---|
| Wages | $ 1,797.55 |
| Reimbursed Expenses | $ 1,898.05 |
| **TOTAL PAID** | **$ 3,695.60** |

**Charlie Popkin**
| | |
|---|---|
| Consulting-Longwood Associates | $84,125.00 |
| Reimbursed Expenses | $     94.90 |
| **TOTAL PAID** | **$84,219.90** |

**Popper & Company-Caroline Popper**
| | |
|---|---|
| Consulting | $ 4,500.00 |
| Reimbursed Expenses | $ 2,787.02 |
| **TOTAL PAID** | **$ 7,287.02** |

IN RE <u>Decision Biomarkers Incorporated</u>                                        Case No. _____
                         Debtor(s)

## STATEMENT OF FINANCIAL AFFAIRS
### Continuation Sheet - Page 9 of 9

**Directors and Officers who resigned within last 12 months**

Michael Lytton, Director, resigned 2/27/09
Care of Oxford Bioscience Partners
222 Berkeley Street, Suite 1650
Boston, MA  02116

Jason Henrichs, Director, resigned 3/25/09
Care of Rock Maple Ventures
711 Fifth Avenue, 5th Floor
New York, NY  10022
Attention: Aris Hatch

David Marcus, Director, resigned 3/26/09
Care of VIMAC Ventures LLC
420 Bedford Street
Lexington, MA  02420

Caroline Popper, Director, resigned 12/14/09
Care of Popper & Co.
413 S. Boulevard of the Presidents
Sarasota, FL 34236

Dan Calvo, Director, resigned 12/14/09
Care of Oncimmune (USA) LLC
8960 Commerce Drive, Bldg #6
De Soto, KS  66018

# United States Bankruptcy Court
## District of Massachusetts

IN RE:                                                                    Case No. _____

<u>**Decision Biomarkers Incorporated**</u>   _____   Chapter **7** _____
                              Debtor(s)

## VERIFICATION OF CREDITOR MATRIX

The above named debtor(s) hereby verify(ies) that the attached matrix listing creditors is true to the best of my(our) knowledge.

Date: **January 15, 2010** _____   Signature: _/s/ Charles Louis Popkin_ _____
                                        **Charles Louis Popkin,**                              Debtor

Date: _____   Signature: _____
                                                                            Joint Debtor, if any