UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MASSACHUSETTS
(Eastern Division)

| | |
|---|---|
| In re: ) | |
| ) | |
| DECISION BIOMARKERS INCORPORATED, ) | Chapter 7 |
| ) | Case No. 09-22325-WCH |
| Debtor. ) | |
| ) | |

**CHAPTER 7 TRUSTEE'S STATEMENT OF NO OPPOSITION TO MOTION OF AVANTRA BIOSCIENCES CORPORATION FOR RELIEF FROM AUTOMATIC STAY**

Harold B. Murphy, the duly appointed Chapter 7 Trustee (the "Trustee") of the bankruptcy estate of Decision Biomakers Incorporated, hereby states that he has no opposition to the *Motion of Avantra Biosciences Corporation for Relief from the Automatic Stay* (the "Motion for Relief"). In support thereof, the Trustee states that he has reviewed the Motion for Relief and the supporting documents, conducted a Section 341 meeting of a principal of the Debtor, investigated the Debtor's marketing efforts with regard to its assets, and conferred with representatives of the moving party, Avantra Biosciences Corporation. Based upon his investigation, the Trustee has determined that no grounds exist to oppose the Motion for Relief.

        HAROLD B. MURPHY, CHAPTER 7
        TRUSTEE OF DECISION BIOMARKERS
        INCORPORATED

        By his attorneys,

        /s/ Kathleen R. Cruickshank
        Kathleen R. Cruickshank (BBO #550675)
        HANIFY & KING
        Professional Corporation
        One Beacon Street
        Boston, Massachusetts  02108-3107
        Email: krc@hanify.com

DATED: January 27, 2010        Tel: (617) 423-0400
552514

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MASSACHUSETTS
(Eastern Division)

| | |
|---|---|
| In re: )<br>)<br>DECISION BIOMARKERS INCORPORATED, )<br>)<br>Debtor. )<br>) | Chapter 7<br>Case No. 09-22325-WCH |

## CERTIFICATE OF SERVICE

I, Kathleen R. Cruickshank, hereby certify that on January 27, 2010, I caused a copy of the *Chapter 7 Trustee's Statement of No Opposition to Motion of Avantra Biosciences Corporation for Relief from Automatic Stay* to be served via this Court's ECF system, electronic mail or first class mail, postage prepaid to the parties on the attached service list.

                                                          /s/ Kathleen R. Cruickshank
                                                  Kathleen R. Cruickshank (BBO #550675)
                                                  Hanify & King, P.C.
                                                  One Beacon Street
                                                  Boston, Massachusetts 02108
                                                  Phone: (617) 423-0400
                                                  Email: krc@hanify.com

DATED: January 27, 2009
552544

## SERVICE LIST

**VIA ECF:**

- Christopher DeMayo    cdemayo@dl.com
- John Fitzgerald    USTPRegion01.BO.ECF@USDOJ.GOV
- Donald R. Lassman    don@lassmanlaw.com