## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS
### (Eastern Division)

---------------------------------------------------------x
In re                                            :
                                                 :    Chapter 7
DECISION BIOMARKERS INCORPORATED, :
                                                 :    Case No. 09-22325 (WCH)
            Debtor.                              :
                                                 :
---------------------------------------------------------x

### ORDER GRANTING MOTION OF AVANTRA BIOSCIENCES CORPORATION FOR RELIEF FROM THE AUTOMATIC STAY

Upon the motion (the "Motion"), dated January 12, 2010, of Avantra Biosciences Corporation ("Avantra") pursuant to section 362(d) of title 11 of the United States Code (the "Bankruptcy Code"), Rule 4001(a) of the Federal Rules of Bankruptcy Procedure, and Rule 4001-1 of the Local Bankruptcy Rules for the District of Massachusetts for relief from the automatic stay, all as more fully described in the Motion; and the Court having jurisdiction to consider the Motion and the relief requested therein in accordance with 28 U.S.C. §§ 157 and 1334, and consideration of the Motion and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and the Court finding that notice of the Motion given by Avantra was good and sufficient; and it appearing that no other or further notice need have been provided; and after due deliberation and sufficient cause appearing therefor, it is

ORDERED that the Motion is granted in its entirety; and it is further

ORDERED that Avantra is granted relief from the automatic stay pursuant to section 362 (d) of the Bankruptcy Code, and may pursue any and all of its rights and remedies with respect to the Collateral under the Loan Documents and the IP Agreement (as defined in the Motion) and applicable state and federal law; and it is further

NYA 615619.12

ORDERED that the modification of the stay granted by this Order shall take effect immediately upon entry of this Order and shall not be stayed by operation of Rule 4001(c)(3) of the Bankruptcy Rules; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation of this Order.

Dated: January 28, 2010
Boston, Massachusetts

*/s/ William C. Hillman*

———————————————
THE HONORABLE WILLIAM C. HILLMAN
UNITED STATES BANKRUPTCY JUDGE

2

NYA 615619.12