# Notification of Acceptance of
# Collateral in Full Strict Foreclosure
# (Non-Consumer Transaction)

February 18, 2010

Re:   Notification of Acceptance of Collateral in Full Strict Foreclosure
      Debtor:  Decision Biomarkers Incorporated
      Secured Party:  Avantra Biosciences Corporation
      Collateral:  Personal Property & Intellectual Property

_____

**PLEASE TAKE NOTICE THAT o**n January 29, 2010, Avantra Biosciences Corporation ("Secured Party"), provided notice pursuant to Section 9-620(c)(2) of the Massachusetts Uniform Commercial Code (Mass. Gen. Laws ch. 106, § 9-620(c)(2) (2009) (the "UCC Notice") to the parties named therein (each, a "Noticed Party") that, as the holder of valid, perfected, first priority liens in and against the personal property and intellectual property described in the UCC Notice (the "Collateral"), Secured Party proposed to accept the Collateral in full satisfaction of the indebtedness owed by Debtor to Secured Party in the aggregate amount of $2,864,366.94 (the "Secured Debt Balance"), as more fully set forth in the UCC Notice.

**PLEASE TAKE FURTHER NOTICE THAT** no authenticated statement of objection was received from any Noticed Party within the twenty (20) day statutory notice period commencing from the date the UCC Notice was sent (January 29, 2010) and ending on the date hereof.  Accordingly, each Noticed Party is deemed automatically to have consented to the Secured Party's proposal to accept the Collateral in full satisfaction and discharge of the Secured Debt Balance and all other obligations of Debtor to Secured Party, and has no further right to object, and Secured Party now owns all of Debtor's right, title and interest in and to the Collateral.

NYA 618329.1

Avantra Biosciences Corporation  
26 Braddock Park  
Boston, Massachusetts 02116  

DEWEY & LEBOEUF LLP  
Attn: Judy G.Z. Liu, Esq.  
1301 Avenue of the Americas  
New York, NY 10019  
Attorneys for Avantra Biosciences  

By: _____  

Corporation (Secured Party)  

Name:  R. Brian McKernan  

Title:  Chief Executive Officer  

NYA 618329.1